
ORIGINAL

FILED

05/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0256

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0256

FILED

MAY 3 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHARLES DAVID AMENT,

Defendant and Appellant.

ORDER

Upon consideration of Appellant's motion for extension of time to produce the transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Thomas Sapp is granted an extension of time to and including June 24, 2024, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall provide a copy of this Order to Charles David Ament, all counsel of record, the district court, and the court reporter.

No further extensions will be granted without an affidavit from the court reporter.

DATED this 3 ∂ day of May, 2024.

For the Court,

_____
Chief Justice